Elizabeth P. Hodes, AK Bar No. 0511108
Scott Broadwell, AK Bar No. 0611069
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503-3985
Phone: (907) 257-5300
ElizabethHodes@dwt.com
ScottBroadwell@dwt.com

Attorneys for Alyeska Pipeline Service Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CARRIE WESEMAN,<br><br>   Plaintiff,<br><br> vs.<br><br>ALYESKA PIPELINE SERVICE COMPANY,<br><br>   Defendant. | Alaska Superior Court Case No.: 3AN-19-11761CI<br><br>Case No. 3:20-cv-_____ |

**NOTICE OF REMOVAL OF CIVIL ACTION**

TO:    Clerk, United States District Court for the District of Alaska

AND TO:  Plaintiff Carrie Weseman, through her attorney of record, Isaac Zorea, Attorney & Counselor at Law.

  Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Alyeska Pipeline Service Company ("Alyeska Pipeline") hereby removes this case to the United States District Court for the District of Alaska on the grounds set forth below:

1. Public records of the Superior Court for the State of Alaska show that on or about December 16, 2019, Plaintiff Carrie Weseman ("Weseman") filed an action against Alyeska Pipeline in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, titled *Carrie Weseman v. Alyeska Pipeline Service Company*, (Case 3AN-19-11761CI) (the "Original Complaint").

2. Public Records of the Superior Court for the State of Alaska show that on or about April 20, 2020, the Superior Court issued a Notice and Order for Dismissal for Failure to Serve Defendant, dismissing the Original Complaint. The Notice required that Weseman show good cause in writing why service was not complete, and stated that if good cause was not shown within 30 days, the action would be dismissed. Weseman never filed a good cause affidavit or served the Original Complaint. The dismissal Order was effective as of May 26, 2020

3. On or about May 18, 2020, Weseman filed a Complaint [Amended] (the "Amended Complaint") in the same action as the dismissed Original Complaint.

**TIMELY REMOVAL**

4. Alyeska Pipeline was never served with the Original Complaint and had no knowledge of the action. Alyeska Pipeline first received the Amended Complaint, setting forth the claims for relief on which the state action is based, on June 10, 2020.

NOTICE OF REMOVAL - 2
*Weseman vs. Alyeska Pipeline Service Company,* Case No. 3:20-cv-_____

5. This Notice of Removal of Civil Action is filed within thirty days after receipt by Alyeska Pipeline of copies of the Summons and Complaint [Amended] in the state action on June 10, 2020, and is timely under 28 U.S.C. § 1446(b).

## FEDERAL QUESTION JURISDICTION

6. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and which may be removed by Alyeska Pipeline to this Court pursuant to 28 U.S.C. § 1441(a), (b).

7. Pursuant to 28 U.S.C. § 1331, federal question jurisdiction exists on the grounds that Weseman has asserted claims under the Age Discrimination in Employment Act, 29 U.S.C. § 623, and the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, *et seq.*, and seeks all remedies available under law, including those specifically outlined in 29 U.S.C. § 216(b) and all remedies under 42 U.S.C. § 1981(a) and the Americans with Disabilities Act, including back pay, future pay, compensatory damages, punitive damages and attorneys' fees under 42 U.S.C. § 1988.

## VENUE

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391 and District of Alaska Local Rule 3.3(b).

NOTICE OF REMOVAL - 3
*Weseman vs. Alyeska Pipeline Service Company,* Case No. 3:20-cv-_____

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

## NOTICE

9. Attached as **Exhibit A** is a copy of the notice to the state court of the removal which will be filed promptly in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

10. Copies of all process, pleadings, and orders received by Alyeska Pipeline are attached as Exhibits according to 28 U.S.C. § 1446(a):

| Exhibit ID | Document Name | Date Filed |
|---|---|---|
| **Exhibit B** | Complaint | Dec. 16, 2019 |
| **Exhibit C** | Summons and Notice | Dec. 16, 2019 |
| **Exhibit D** | Notice and Order of Dismissal | Apr. 20, 2020 |
| **Exhibit E** | Complaint [Amended] | May 18, 2020 |

WHEREFORE, Alyeska Pipeline has removed the state action to this Court.

DATED this 30th day of June, 2020.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Alaska Airlines, Inc.

By: /s/ Elizabeth P. Hodes
    Elizabeth P. Hodes, ABA # 0511108
    Scott Broadwell, ABA # 0611069
    Davis Wright Tremaine LLP
    188 W. Northern Lights Blvd., Ste. 1100
    Anchorage, AK 99503-3985
    Phone: (907) 257-5300
    Email: elizabethhodes@dwt.com
    Email: scottbroadwell@dwt.com

NOTICE OF REMOVAL - 4
*Weseman vs. Alyeska Pipeline Service Company,* Case No. 3:20-cv-_____

Certificate of Service

On the 30th day of June, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic service on the following counsel of record:

Isaac Zorea
PO Box 210434
Anchorage AK 99521
izorea.law@gmail.com

By: s/ Elizabeth P. Hodes
      Elizabeth P. Hodes

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

NOTICE OF REMOVAL - 5
*Weseman vs. Alyeska Pipeline Service Company,* Case No. 3:20-cv-_____
4837-9708-3329v.1 0112378-000002